Name: Steven John Miller
Prison Number: 486886
Place of confinement: GCCC
Mailing address: 22301 W Alsop Road
City, State, Zip: Wasilla, Alas. [99623]
Telephone:

RECEIVED
JAN 13 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Steven John Miller,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Judge Eric A. Aarseth,

Katholyn A. Runnels,

Nathan H. Lockwood,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:22-cv-00003-RRB
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Steven John Miller,
(print your name)

who presently resides at 22301 W Aslop Rd. Wasilla, Alas. [99623],
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Judge Eric A. Aarseth__ is a citizen of
                             (name)
__Alaska__, and is employed as a __Judge__.
(state)                                  (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Katholyn A. Runnels__ is a citizen of
                             (name)
__Alaska__, and is employed as a __District Attorney__.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Nathan H. Lockwood__ is a citizen of
                             (name)
__Alaska__, and is employed as a __Assistant Public Defender__.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about ___09/19/2020___, my civil right to
(Date)
___6th Amendment Constitutional Violation___
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by ___Judge Eric A. Aarseth, Katholy A Runnels, Nathan H lockwoo___
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Judge Eric A. Aarseth, Katholyn A. Runnels, and Nathan H. Lockwood have continually violated my 6th Amendment right, allowing the suspention of Rule 45 through the "Special Order" passed by Joel Bolger, thus implementing Rule 45 when deemed convenient by the courts. I have not agreed or consented to any waiver of of time related to my case. Unlike statutory right to a speedy trial, a mere failure to assert the Constitutional right does not constitute waiver.

Claim 2: On or about 09/19/2020, my civil right to 14th Amendment Violation
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Judge Eric A Aarseth, Katholyn A Runnels, Nathan H Lockwoo
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Enclosed is documentation as proof of my notifications to both District Attorney Katholyn A. Runnels, Assistant Public Defender Nathan H. Lockwood, and Judge Eric A. Aarseth as being entered into record in my case, as further proof of the contuous, ongoing violations of my Constitutional Rights that are guaranteed to me. Mr. Lockwood has ignored my request to file motions on my behalf informing the courts of these violations claiming "they will bare no fruit". District Attorney Katholyn A. Runnels has violated my 14th Amendment Right by not having indicted me for over a year and refusing to include me in any/all my indictments dispite my demands to be included in any/all the said proceedings. When I told Mr. Lockwood that i wanted to participate in my indictment hearings he expressivly Forbid it. Judge Eric A. Aarseth, District Attorney Katholyn A. Runnels, and Assistant Public Defender Nathan H. Lockwood have colluded and conspired to deprive me of mt rights guaranteed by The United States Constitution.

Prisoner § 1983 - 4
PS01, Nov. 2013

Claim 3: On or about __09/19/2020__, my civil right to __Illegal and Unstonstitutional "Special Order"__
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Judge Eric A Aarseth, Katholyn A Runnels, Nathan H Lockwoo
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

The "Special Order" Joel Bolger signed used to deny me my Constitutional Rights is Unconstitutional and Illegal. It violates the Ex-post Facto provision discribed in the Alaska Constitution 1 § 15 and The United States Constitution 1 § 10. Judge Eric A Aarseth, District Attorney Katholyn A Runnels, and Assistant Public Defender Nathan H Lockwood have committed crimes against me making me a crime victim, and envoke 18 USC #3771 and am guaranteed due process under Law of Nations, with remedy and recourse. "Where rights are secured by the Constitution are involved, there can be no rule making of legislation which would abrogate them." Miranda V. Arizona, 384 US 436 at 491. Anything stemming from any "Special Order", which itself violates the Constitution being repugnat to the Constitution is thereby null and void abinitio. There is no absolute immunity to my unalienable rights guaranteed by the Constitution that they swore to uphold and support. They are committing treason against the people they swore to obey and to the document they swore an oath to, they betray.

Prisoner § 1983 - 5
PS01, Nov. 2013

## D. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your imprisonment? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. Are you in imminent danger of serious physical injury? ____ Yes __X__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $ 1,557,000.00

3. An order requiring defendant(s) to  Dismiss with Prejudice

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury.  __X__ Yes  _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at  Wasilla, Alas.  on  1/11/22
 (Location)                                    (Date)

_____
(Plaintiff's Signature)

_____        _____
Original Signature of Attorney (if any)                (Date)

_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Steven John Willis #486886
GCCC
2301 W Alsop Rd.
Wasilla, Alas. [99623]

Blank

United States District Court
District of Alaska
Clerk of Court
Federal Building, U.S. Courthouse
222 W. 7th Avenue, Suite #4
Anchorage, Alas. [99513-7564]

NEOPOST
01/12/2022
US POSTAGE $002.36
FIRST-CLASS MAIL
ZIP 99654
041M11450702